UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   11-26443 |
| | ) | |
| The C.P. Hall Company | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting First and Final Application for Compensation and Reimbursement of Expenses of Stephen Hoke and Hoke Attorneys at Law LLC as Special Insurance Counsel for the Debtor**

Upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Stephen Hoke and Hoke Attorneys at Law LLC as Special Insurance Counsel for the Debtor (the "Application") requesting the entry of an order for the allowance and payment of professional fees for services rendered as special counsel for the Debtor and reimbursement of actual expenses incurred incident to those services; and it appearing that there is good cause to grant the relief requested; it is therefore ORDERED that:

1. Stephen Hoke and Hoke Attorneys at Law LLC ("Applicant") hereby are allowed and awarded fees in the amount of $41,158.00 and expenses in the amount of $79.68 for services rendered to the Debtor as Special Insurance Counsel during the period of June 24, 2011 to October 22, 2012, on a final basis; and
2. The Trustee for the Debtor is authorized to pay to Applicant the allowed fees and expenses as administrative costs with priority.

Enter:

Dated:   **0 3 JUN 2015**

United States Bankruptcy Judge

**Prepared by:**
Laura Lipskis 6299345
Stephen Hoke
Hoke Attorneys at Law LLC
117 N. Jefferson St., Ste. 100
Chicago, IL 60661
312-575-8576
llipskis@hokellc.com
shoke@hokellc.com

Rev: 20130104_bko