UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: | BK No.: 11-26443 |
| The C.P. Hall Company | Chapter: 7 |
| | Honorable A. Benjamin Goldgar |
| Debtor(s) | |

**Order Granting Amended First and Final Application for Compensation and Reimbursement of Expenses of William J. Factor ~~and The Law Office of William J. Factor, Ltd.~~, As Counsel for the Debtor-In-Possession**

This matter coming before the court on the Amended First and Final Application for Compensation and Reimbursement of Expenses of William J. Factor and The Law Office of William J. Factor, Ltd., As Counsel for the Debtor-In-Possession (the "Application"); and it appearing that (a) the Court has jurisdiction to consider the Application and relief requested therein pursuant to 28 U.S.C. 157 and 1334, (b) the relief requested therein is a core proceeding pursuant to 28 U.S.C. 157(b), (c) and the Court may enter a final order thereon, (c) venue is proper pursuant to 28 U.S.C. 1408 and 1409, (d) the Allowed Compensation and Expenses (as defined below and as set forth in the Application) were reasonable, necessary and benefited the DIP Debtor's estate, and (e) due and sufficient notice of the Application has been provided and that no further notice is required; and the Court having reviewed the Application and having heard the statements in support of the relief requested therein at a hearing before the Court, IT IS HEREBY ORDERED:

1. William J. Factor ~~and The Law Office of William J. Factor, Ltd~~ a (collectively, the "Applicant") hereby is awarded and allowed fees and expenses in the amounts of $86,980 and $2,860.12, respectively (the "Allowed Compensation and Expenses"), for services rendered to the Debtor during the period of June 24, 2011 to October 22, 2012, on a final basis, which Allowed Compensation and Expenses shall be allowed costs of administration under 11 U.S.C. 503(b)(2);

2. The Applicant is authorized to apply the Retainer (as defined in the Application) he is holding toward the satisfaction of the Allowed Compensation and Expenses.

3. The Debtor is authorized to pay Applicant the the balance of the Allowed Compensation and Expenses after application of the Retainer.

Enter:

Dated: **09 SEP 2015**

United States Bankruptcy Judge

**Prepared by:**
William J. Factor (6205675)
Sara E. Lorber (6229740)
THE LAW OFFICE OF
    WILLIAM J. FACTOR, LTD.

Rev: 20130104_bko

105 W. Madison St., Suite 1500
Chicago, IL 60602
Tel:  (847) 239-7248
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
slorber@wfactorlaw.com